UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                            Case No. 6:11-cr-232-Orl-22KRS

SHAUNETTE SAWYERS

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and entered a plea of guilty to Count Four of the Indictment. Although the Defendant is competent, due to her cognitive impairments, which are discussed in detail in reports of psychological and psychiatric examinations in the record, the undersigned was unable to conduct the plea colloquy in the normal manner.

Every effort was made to have the summary explanation of the Defendant's rights be complete and accurate. Nevertheless, I recommend that the Court review the transcript of the plea hearing to determine whether the Defendant was adequately examined under oath concerning each of the subjects mentioned in Rule 11, whether the guilty plea was knowledgeable and voluntary and whether the Defendant's admission of facts is sufficient to support each of the essential elements of such offense.[1] If the Court determines that the requirements of Rule 11 were satisfied, then I recommend

---

[1] The government declined to charge the Defendant by Information with an offense involving the amount of cocaine reasonably attributable to Sawyers. This decision complicated the proceeding by requiring discussion of the concept of aiding and abetting and by the need to explain the different penalties that would apply depending on the Court's determination of the amount of cocaine reasonably attributable to her.

that the plea agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The Defendant is in custody of the U.S. Marshal pending sentencing.

Date: November 2, 2012

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:

United States Marshal
United States Attorney
Counsel of Record
District Judge
District Judge Courtroom Deputy